**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BTQ Technologies Corporation, et al., | No. CV-26-02485-PHX-SHD |
| Plaintiffs, | **ORDER** |
| v. | |
| Namecheap Incorporated, | |
| Defendant. | |

For the reasons stated on the record, for good cause, and with the consent of the parties, the Temporary Restraining Order ("TRO") entered on April 14, 2026, (Doc. 17), set to expire today, will be extended through **Wednesday, June 3, 2026**. *See* Fed. R. Civ. P. 65(b)(2).

Accordingly,

**IT IS ORDERED** that the TRO issued on April 14, 2026, (Doc. 17) is **EXTENDED** and **MODIFIED** as follows:

(a) Defendant Namecheap, Inc. ("Namecheap"), together with Plaintiffs shall maintain the domains *<btq.com>* and *<qcim.com>* (together, the "Domains") in the account described in the parties' April 16, 2026 Second Status Report (Doc. 21) (the "Neutral Account"). To the extent it does not already, the Neutral Account shall include and enable all account-level access necessary to permit BTQ to manage, update, and renew the Domains without further assistance from

Namecheap, except as required by ICANN-mandated processes, including the ability to delegate authority to BTQ employees other than the BTQ Designee[1];

(b) Namecheap shall not completely transfer the Registrant Account to Plaintiffs without further order from this Court;

(c) Namecheap shall place a registrar-level hold (*status: clientTransferProhibited*) on each of the Domains, preventing any outbound transfer of either Domain to any registrar or third party during the period measuring from the entry of this Order and until a further order of the Court modifying the terms of the Order, instituting other preliminary or final relief, or a final disposition of this action on the merits (the "Transfer Restriction Period");

(d) During the Transfer Restriction Period, neither BTQ nor any person acting on its behalf shall initiate or authorize an outbound transfer of either Domain without prior leave of this Court.  This restriction does not limit BTQ's right to update DNS records, modify website content, adjust email configuration, or make any other administrative changes within the existing Neutral Account;

(e) While the Domains remain in the Neutral Account, Namecheap's obligations shall be limited to those of a ministerial domain registrar providing services to the BTQ Designee.

(f) Nothing in this Order shall impose on Namecheap any obligation to monitor, investigate, or take affirmative steps with respect to the Domains beyond maintaining the registrar-level hold unless otherwise required by applicable law or further order of this Court.

(g) The $100.00 bond posted by BTQ in connection with the Temporary Restraining Order entered April 14, 2026 shall remain in effect and shall constitute sufficient security for purposes of this Order.  No additional bond shall be required.

---

[1] The BTQ Designee is the technical representative described in the parties' April 15, 2026, Status Report, (Doc. 19).

- 2 -

(h) Within 24 hours of the entry of this Order, Plaintiffs shall file a status report informing the Court whether it believes that Namecheap has complied with the terms of this Order; and

(i) BTQ's counsel shall serve a copy of this Order on Nicolas within two (2) business days of entry by email, with "Read Receipt" and "Delivery Receipt" to the last known email address(es) Nicolas has used to communicate with BTQ's counsel and with Namecheap, and shall file a proof of service within two (2) business days of service.

**IT IS FINALLY ORDERED** that absent further order from the Court, the TRO shall remain in place through **Wednesday, June 3, 2026**.

Dated this 6th day of May, 2026.

_____
Honorable Sharad H. Desai
United States District Judge

- 3 -