**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BTQ Technologies Corporation, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Namecheap Incorporated,<br><br>Defendant. | No. CV-26-02485-PHX-SHD (Lead)<br>No. CV-26-03103-PHX-SHD (Cons.)<br><br>**ORDER** |
| BTQ Technologies Corporation, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Nicolas Roussy Newton, et al.,<br><br>Defendants. | |

There being no objection by the parties who have appeared and good cause appearing, pursuant to Fed. R. Civ. P. 42(a),

**IT IS ORDERED** directing the Clerk of Court to consolidate *BTQ Technologies Corporation, et al. v. Roussy Newton, et al.* (CV-26-3103-PHX-SHD) with *BTQ Technologies Corporation et al. v. Namecheap Incorporated* (CV-26-02485-PHX-SHD) for all purposes under case number **CV-26-02485-PHX-SHD.**

**IT IS FURTHER ORDERED** that all future pleadings and papers submitted for filing shall bear the following complete case number: **CV-26-02485-PHX-SHD** and shall

be filed only in the lead case.

**IT IS FURTHER ORDERED** that Plaintiffs shall file a consolidated complaint no later than **Tuesday, May 26, 2026**.  Any Defendants who have previously been served shall answer or otherwise respond to the consolidated complaint by **June 16, 2026**.

**IT IS FURTHER ORDERED** that, together with their consolidated complaint, Plaintiffs shall file a consolidated motion for a preliminary injunction by **Tuesday, May 26, 2026**.  Defendants shall respond to the consolidated motion no later than **June 2, 2026**, and Plaintiffs shall file any reply by **June 9, 2026**.  A hearing on the consolidated motion for a preliminary injunction will be held on **Friday, June 12, 2026, at 10:00am MST**.

**IT IS FURTHER ORDERED** that the Temporary Restraining Order ("TRO") issued on April 14, 2026, and extended on May 6, 2026, in CV-26-02485-PHX-SHD, (Docs. 17, 41), is further extended through **Friday, June 12, 2026**, for good cause and until the Court may hear argument on the consolidated motion for a preliminary injunction.  *See* Fed. R. Civ. P. 65(b)(2). This consolidation order shall otherwise have no effect on the TROs issued in either CV-26-02485-PHX-SHD or CV-26-3103-PHX-SHD.

**IT IS FURTHER ORDERED** directing the Plaintiffs to notify Nicolas of this Order by no later than **May 13th, 2026**.

**IT IS FINALLY ORDERED** that the Clerk of Court shall file this Order in both the lead and consolidated case numbers.

Dated this 11th day of May, 2026.

Honorable Sharad H. Desai
United States District Judge

- 2 -